# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21807-GLT |
| Judith A. Harmon | : | Chapter 13 |
| | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    First National Collection Bureau, Inc.
    Incorrect Address:    610 Waltham Way
    Reno, NV 89509

Corrected Address:

    Creditor Name:    First National Collection Bureau, Inc.
    Correct Address:    610 Waltham Way
    Sparks, NV 89434

/s/Justin P. Schantz, Esquire
Dated: June 7, 2017    Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us