# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JUDITH A. HARMON |
| Case Number: | 17-21807-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 02, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
NOV -3 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**Matter:**

#12 - Final Confirmation of Plan Dated 5/21/2017 (NFC)
R / M #:  12 / 0

**Appearances:**

Debtor: Shuntz
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11/22/17 at 10:30 Am.
10. _____ Other:

Last plan payment was 8/8/17. Debtor is $2879.72 in arrears. Dismissal might be indicated.

However, there appears to be equity in Real estate that would result in 100% distribution to unsecured creditors.

Debtor Counsel has requested contested hearing. Absent a confirmable 100% plan, trustee requests that case be converted to ch. 7.

10/27/2017  9:06:36AM