FILED
11/22/17 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-21807-GLT |
| | : | Chapter: | 13 |
| Judith A. Harmon | : | | |
| | : | | |
| | : | Date: | 11/22/2017 |
| *Debtor(s).* | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:**      #12 - Confirmation of Chapter 13 Plan Dated 5-21-17 (NFC)

**APPEARANCES:**

      Debtor:      Justin P. Schantz
      Trustee:      Owen Katz

**NOTES:**

Katz: The plan payment would need to increase to $1,760 to complete it.

Schantz: No contact with the Debtor. Requests dismissal without prejudice pursuant to 11 U.S.C. § 1308(b).

Katz: Prefers conversion to chapter 7.

**OUTCOME:**

1. The case is dismissed without prejudice. (DB to prepare.)

**DATED:** 11/22/2017