**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JUDITH A. HARMON | Case No.:17-21807 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/28/2017 and confirmed on 07/06/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,640.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,640.74 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,062.94 | |
|    Trustee Fee | 152.91 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,215.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 9993 | 0.00 | 2,349.73 | 0.00 | 2,349.73 |
| PNC BANK NA<br>Acct: 9993 | 31,106.56 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY<br>Acct: 1787 | 0.00 | 75.16 | 0.00 | 75.16 |
| WESTMORELAND COUNTY<br>Acct: 1787 | 975.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2,424.89 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUDITH A. HARMON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW CARE<br>Acct: | 4,950.00 | 1,062.94 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1121 | 61.00 | 0.00 | 0.00 | 0.00 |

| 17-21807 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0697 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: FRPD | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2557 | | | | |
|   PYOD LLC - ASSIGNEE | 2,368.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 8561 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2266 | | | | |
|   GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6586 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9001 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,812.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 6013 | | | | |
|   WEST PENN POWER** | 1,944.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 0213 | | | | |
|   FMA ALLIANCE LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 112.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 1121 | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS      2,424.89

TOTAL CLAIMED
PRIORITY      61.00
SECURED      32,081.56
UNSECURED      6.238.41

Date: 01/23/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com